IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 6:21CR00014 |
| | : | |
| **V.** | : | |
| | : | |
| **IMESHA DENISE BRITTINGHAM** | : | |

## ORDER

Upon motion by the government and for good cause shown, it is hereby **ORDERED** that the indictment and all related documents in the above-captioned matter be placed under seal for thirty (30) days or until the defendant is in custody, whichever is sooner.

**IT IS FURTHER ORDERED** that disclosure of the indictment, arrest warrant, and any other supporting documentation in this case may be made by the government to such law enforcement agencies as is necessary to effect the arrest.

ENTERED: This _22nd_ day of _September_ , 2021.

_____
UNITED STATES MAGISTRATE JUDGE