FILED IN OPEN COURT
DATE 9-5-2023
BY C. Amos
DEPUTY CLERK
Lynchburg DIVISION, W.D. of VA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 6:21-CR-14 |
| IMESHA DENISE BRITTINGHAM | : |

### STATEMENT OF FACTS

The following statement of facts is incorporated by reference as part of the plea agreement in Case No. 6:21-CR-00014 between the United States and the defendant, Imesha Denise Brittingham. This statement of facts briefly summarizes the facts and circumstances surrounding the defendant's criminal conduct in this case. It does not contain all of the information obtained during the investigation and applicable to an accurate Presentence Investigation Report and Sentencing Guidelines Calculation. It is not protected by proffer agreement or any other agreement, and shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary.

Imesha Brittingham hereby agrees and stipulates that the following information is true and accurate:

1.     On April 30, 2020, law enforcement officers searched Ms. Brittingham's residence. During the course of searching Ms. Brittingham's bedroom, law enforcement officers found a .22 caliber revolver, a Draco semi-automatic pistol, a Mossberg 20-gauge shotgun, a Savage .22 caliber rifle with a homemade firearm suppressor, cocaine, marijuana, and fentanyl.

2. Ms. Brittingham knew that she possessed fentanyl and that it was a controlled substance. She possessed the fentanyl with the intent to distribute it.

3. Prior to the April 30, 2020, search of Ms. Brittingham's residence, Ms. Brittingham engaged in the sale and distribution of controlled substances, including heroin and marijuana. Mr. Brittingham sold *Adjusted weight JAS* at least 700 grams of mixtures or substances containing heroin to various users and customers.

4. Ms. Brittingham ~~possessed~~ *and possessed JAS* the Mossberg 20-gauge shotgun and the *voluntarily removed JAY* homemade firearm sup~~p~~ressor found affixed to the Savage .22 caliber rifle, and she knew that the length of the shotgun's barrel had been altered and was less than 18 *JAS* inches. *removed from the trunk of Timothy Woodson's car at his request. JJ* In addition, Ms. Brittingham ~~possessed~~ the Mossberg 20-gauge shotgun while knowing that she was an unlawful user of one or more controlled substances.

5. Ms. Brittingham's Mossberg 20-gauge shotgun had been shipped or transported in interstate commerce.

6. The Mossberg 20-gauge shotgun and the homemade firearm suppressor found affixed to the Savage .22 caliber rifle are firearms within the meaning to 26 U.S.C. § 5841 and § 5845(a), and neither the shotgun nor the suppressor were registered to Ms. Brittingham in the National Firearms Registration and Transfer Record.

Date: 9/5/2023

_Imesha Brittingham_
Imesha Denise Brittingham

Date: 9/5/23

_Joseph A. Sanzone_
Joseph A. Sanzone

2

Date: 9/5/2023

Counsel for Defendant

*Anesha Brittingham*

Jonathan Jones
Assistant United States Attorney

3